UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STRIKE 3 HOLDINGS, LLC,

                             Plaintiff,                    20 Civ. 6581(LGS)

           -against-                              ORDER

JOHN DOE, subscriber assigned IP address
173.77.170.252,

                            Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order, dated September 1, 2020, granted Plaintiff leave to file a third-party subpoena on Verizon Fios (the "ISP") to identify the John Doe Defendant.

    WHEREAS, the initial pretrial conference is scheduled for October 15, 2020, at 10:50 a.m.

    WHEREAS, Defendant has not been identified or served with the Complaint.  It is hereby

    **ORDERED** that the initial pretrial conference scheduled for October 15, 2020, at 10:50 a.m., is **adjourned** to **November 19, 2020, at 10:50 a.m.**, on the following conference call line 888-363-4749, access code 558-3333.  It is further

    **ORDERED** that by **October 16, 2020**, Plaintiff shall serve the subpoena on the ISP and file proof of service or, if Plaintiff has already served the subpoena, file proof of service.

Dated: October 9, 2020
       New York, New York

                                            LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE