UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    STRIKE 3 HOLDINGS, LLC,
                                Plaintiff,          20 Civ. 6581 (LGS)

                -against-                      ORDER

    JOHN DOE, subscriber assigned IP address
    173.77.170.252,
                                Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for November 19, 2020, and the parties' joint letter and proposed case management plan were due on November 12, 2020.

WHEREAS, the parties have not filed the joint letter and proposed case management plan.

WHEREAS, the Order, dated October 12, 2020 (Dkt. No. 12), authorized Plaintiff to serve a subpoena on third party Verizon Fios to identify the John Doe Defendant, and Plaintiff filed proof of service of such subpoena on October 16, 2020 (Dkt. No. 12). It is hereby

**ORDERED** that by **November 16, 2020**, Plaintiff shall file a letter apprising the Court of the status of its efforts to identify the John Doe Defendant.

Dated: November 13, 2020
       New York, New York

                                            LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**